**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimi Gupta, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>The Best Thanksgiving Ever, LLC, et al. <br><br>　　　　Defendant. | Case No. CV16-1278-R <br><br>**ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |

　　　Plaintiff/Parties were ordered to show cause in writing by not later than **June 1, 2016** why this action should not be dismissed for failure to submit a Proof of Service of summons and complaint as ordered in this Court's Order Re: Notice to Counsel;

　　　WHEREAS, this period has elapsed without any action by plaintiff/parties.

　　　The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated  June 3, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge